IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. CR 07 084S |
| | ) | In Violation of 8 U.S.C. |
| | ) | §§ 1326(a) and (b)(2) |
| | ) | |
| FLORENTINO HERNANDEZ ESTEVEN | ) | |

**INFORMATION**

The United States Attorney charges that:

On or about April 12, 2007, Defendant FLORENTINO HERNANDEZ ESTEVEN, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

SANDRA R. BECKNER
Assistant U.S. Attorney

DATE May 16, 2007

I hereby certify that I truly and accurately ~~translated~~ sight-translated the above plea agreement for FLORENTINO HERNANDEZ ESTEVEN on May 16, 2007 in the presence of his attorney and Defendant acknowledged that he understood all of the provisions of the agreement.

ANA-CECILIA ROSADO
Interpreter

[signature]
Signature of Interpreter