RECEIVED
MAY 16 2007
U.S. DISTRICT COURT
DISTRICT OF R.I.

O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
FLORENTINO HERNANDEZ ESTEVEN

## WAIVER OF INDICTMENT

CASE NUMBER: CR 07 084S

I, FLORENTINO HERNANDEZ ESTEVEN, the above named defendant, who is accused of illegal reentry having been previously deported.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on MAY 21, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Florentino Hernandez Estevan
Defendant

[signature]
Counsel for Defendant

Before David L Martin
Judicial Officer USMJ