UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No. 07-084S |
| | ) | |
| | ) | |
| FLORENTINO HERNANDEZ-ESTEVEN | ) | |

GOVERNMENT'S SENTENCING MEMORANDUM

The government recommends a sentence of 57 months imprisonment. A sentence at the low end of the guideline range is reasonable in light of the factors set forth in 18 § 3553(a). The defendant has two, relatively recent, felony convictions, one of which he committed while on probation. He also committed the instant offense while on probation and after being deported on two prior occasions. The defendant's criminal history and immigration history demonstrate a lack of rehabilitative potential. Given his two deportations in the last five years and his five convictions within that same period of time, it seems that while the defendant is in the United States he demonstrates a general disrespect for the law.

The defendant seeks a variance from the applicable guideline range asking the Court to impose a sentence of 30 months. In support of his motion, the defendant asks the Court to consider the defendant's acceptance of responsibility, this district's lack of a "fast track" program, and the fact that illegal aliens may have decreased access to rehabilitative services. None of

the arguments set forth by the defendant warrant a variance from the guideline range.

The defendant has already been credited with a three-level reduction for acceptance of responsibility. As a result of this reduction, the low end of his guideline range decreased by 20 months. Nothing about this defendant's case distinguishes him from other defendants who timely notify the Court and the government of their intent to plead guilty. Accordingly, the defendant's acceptance of responsibility does not justify a variance.

Likewise, the lack of a fast-track program in this district does not provide a basis for a variance. See United States v. Mejia, 461 F.3d 158, 164 (2d Cir. 2006) (disparity between defendants prosecuted in jurisdictions with "fast-track" programs and those without does not render a sentence unreasonable). This is because the fast-track program is based upon a congressional policy choice which allows the Attorney General to approve fast-track sentencing programs in certain districts but not in others.

The defendant's argument for variance based upon his immigration status and corresponding ineligibility for certain prison programs is also without merit. The defendant has pled guilty to an offense for which only illegal aliens may be found guilty. Accordingly, even if the alleged lack of rehabilitative services were a permissible basis for variance were he convicted

of a non-immigration offense, but cf. United States v. Maldonado, 242 F.3d 1, 4 (1st Cir. 2001), in a case such as this, every defendant convicted of illegal re-entry faces the same lack of rehabilitative services. See generally United States v. Ebolum, 72 F.3d 35, 38 (6th Cir. 1995). Thus, the defendant's sentence is not more severe than others similarly situated to him.

CONCLUSION

For the foregoing reasons, the government asks that the Court impose a sentence of 57 months.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, a copy of the within "Government's Sentencing Memorandum" electronically filed. Additionally, a copy of the memorandum was mailed to the following addressee:

Electronic notification:

Mr. Edward Roy, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov