UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-084 S

FLORENTINO HERNANDEZ-ESTEVEN :

MOTION TO CONTINUE SENTENCING

_____The defendant hereby moves to continue his sentencing, currently scheduled for August 31, 2007 on the grounds that, based on meeting with the defendant on August 24, 2007, defense counsel needs additional time to investigate the Florida burglary conviction listed in paragraph 17 of the PSR. Defense counsel requests thirty (30) days in order to obtain additional records from the State of Florida.

FLORENTINO HERNANDEZ-ESTEVEN,
By his attorney,

/s/ Edward C. Roy, Esquire
Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

# CERTIFICATION

I hereby certify that I served a copy of the within on Sandra R. Beckner, AUSA on the 27th day of August, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire