UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-084 S

FLORENTINO HERNANDEZ-ESTEVEN :

MOTION TO CONTINUE SENTENCING

_____The defendant hereby moves to continue his sentencing to a date beyond November 1, 2007 to take advantage of proposed amendments to the United States Sentencing Guidelines that affect criminal history calculations. In the defendant's case, the proposed amendments would have the effect of lowering his criminal history category by one level.

FLORENTINO HERNANDEZ-ESTEVEN,
By his attorney,

/s/ Edward C. Roy, Esquire
Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

# CERTIFICATION

I hereby certify that I served a copy of the within on Sandra R. Beckner, AUSA on the 28th day of August, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire